**Order entered July 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01255-CV

## IN THE INTEREST OF N. G., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54747-2012**

## ORDER

On the Court's own motion, we request the parties submit supplemental briefing responsive to the supreme court's May 17, 2019 opinion in *In re N.G.*, No. 18-0508.

We **ORDER** appellant's brief, if any, to be filed by **July 22, 2019**. We further **ORDER** the State's brief, if any, to be filed by **August 11, 2019**.

/s/     DAVID J. SCHENCK
        JUSTICE